**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MCGOUGH & ASSOCIATES,

      Plaintiff,

v.                                                    Case No. 07-CV-14978

CRYSTAL N. MILLER
and WDS INVESTIGATIONS, INC.,

      Defendant.
_____/

**ORDER DENYING IN PART AS MOOT PLAINTIFF'S "MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION" AND SCHEDULING A CONTINUED PRELIMINARY INJUNCTION HEARING**

On December 4, 2007, the parties appeared for a hearing on Plaintiff McGough & Associates' request for a preliminary injunction, found within its "Motion for a Temporary Restraining Order and Preliminary Injunction." Prior to the hearing, the parties informed the court that they reached a stipulation resolving the motion, the terms of which have been place on the record. Accordingly,

IT IS ORDERED that Plaintiff McGough & Associates' "Motion for a Temporary Restraining Order and Preliminary Injunction" is DENIED IN PART AS MOOT as it relates to Plaintiff's request for a preliminary injunction.[1]

IT IS FURTHER ORDERED that the court will conduct a continued preliminary injunction hearing on **January 8, 2008 at 9:00 a.m.** <u>Party representatives with full settlement authority are required to appear.</u> In the event the court is informed by

---

[1] The court has already denied in part the motion as it relates to Plaintiff's request for a temporary restraining order.

**December 28, 2007** that the parties reached an amicable resolution to this case, the court will cancel the January 8, 2008 hearing.[2]

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: December 7, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 7, 2007, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522

---

[2] As discussed on the record, the parties can so inform the court formally by filing a stipulated order of dismissal, or informally by contacting the court's case manager. If the court's case manager is notified that the case has been resolved, the court will enter a standard order of dismissal which will dismiss the case without prejudice to the right of any party to move to reopen the case within thirty days if settlement is not consummated.

S:\Cleland\JUDGE'S DESK\C3 ORDERS\07-14978.MCGOUGH.PrelimInjunction.Resolved.wpd